United States District Court
Southern District of Texas
**ENTERED**
August 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CINDY VIANNEY HERNANDEZ-LIZARRAGA, §
               Petitioner, §
                        §
VS. §       CIVIL ACTION NO. B-16-127
                        §       (CRIMINAL NO. B-14-492-1)
UNITED STATES OF AMERICA, §
               Respondent. §

# ORDER

Pending is the Magistrate Judge's July 8, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 5]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation [Doc. No. 5] is hereby adopted.  Therefore, Petitioner Cindy Vianney Hernandez-Lizarraga's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied and the issuance of a certificate of appealability is denied.

Signed this ___16___ day of August, 2016.

_____
Andrew S. Hanen
United States District Judge